**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

JENNIFER LEE PUGH,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-01796

Judge Steven C. Seeger

Magistrate Judge Gabriel A. Fuentes

**PLAINTIFF'S STATUS REPORT**

Pursuant to minute entry order [24], Plaintiff hereby files this status report solely on behalf of Plaintiff.

Plaintiff filed a Motion for Default and Default Judgment [21] on May 5, 2026. Since then, one Defendant has been dismissed. *See* [23]. Plaintiff submitted an updated proposed default judgment order excluding this Defendant to the Court's proposed order inbox on August 21, 2026.

If and once the proposed order is entered, the case can be terminated at the Court's earliest convenience.

DATED: August 21, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on August 21, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt